Dismissed and Memorandum Opinion filed December 8, 2005









Dismissed and Memorandum Opinion filed December 8,
2005.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-01198-CR

____________

 

JUDY JEANETTE
ORTIZ, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
182nd District Court

Harris County,
Texas

Trial Court Cause No. 1039236

 



 

M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to possession of less than
one gram of cocaine.  In accordance with
the terms of a plea bargain agreement with the State, the trial court deferred
a finding of guilt, and on September 9, 2005, placed appellant on community
supervision for three years and assessed a $200 fine.  Appellant filed a pro se notice of
appeal.  Because appellant has no right
to appeal, we dismiss.  








The trial court entered a certification of the defendant=s right to appeal in which the court
certified that this is a plea bargain case, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial court=s certification is included in the
record on appeal.  See Tex. R. App. P. 25.2(d).  We have reviewed the record, and the
certification comports with the record.  See
Dears v. State, 154 S.W.3d 610, 614-15 (Tex. Crim. App.2005). 

Accordingly, we dismiss the appeal.  

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed December 8, 2005.

Panel consists of Chief Justice
Hedges and Justices Yates and Anderson.

Do Not Publish C Tex. R. App.
P. 47.2(b).